JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Las Vegas Boulevard
Las Vegas, NV 89101
(702) 385-5377 Fax (702) 474-4210
marcheselaw@msn.com
Attorney for Defendant –PRINCE

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-CR-225-GMN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| JOHN PRINCE, | ) | |
| Defendant. | ) | |

### STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. Counsel for Defendant JOHN PRINCE and SUSAN CUSHMAN, Assistant United States Attorney, that sentencing currently scheduled for May 2, 2019 at 11:00 a.m., be vacated and reset to a date and time convenient to the court.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his out of custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and she has no objection to the continuance.

3. Counsel for the United States would like additional time to respond to the Mr. Prince's sentencing memorandum.

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing to a date and time convenient to the Court for approximately thirty (30) days.

This is the second request for continuance filed herein.

DATED: April 30, 2019

/S/
JESS R MARCHESE, ESQ.
601 S. Las Vegas Blvd.
Las Vegas, Nevada 89101
Attorney for Defendant

/S/
SUSAN CUSHMAN, ESQ.
Assistant United States Attorney
501 Las Vegas Blvd South #1100
Las Vegas, Nevada 89101

JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. LV Boulevard
Las Vegas, NV 89101
(702) 385-5377 Fax (702) 474-4210
marcheselaw@msn.com
Attorney for Defendant-PRINCE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-225-GMN |
| Plaintiff, | |
| v. | |
| JOHN PRINCE, | |
| Defendant. | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his out-of-custody client and he has no objection to the request for continuance.

2. Counsel for defendant has spoken to United States' counsel and she has no objection to the continuance.

3. Counsel for the United States would like additional time to respond to the Mr. Prince's sentencing memorandum.

4. For all the above-stated reasons, the ends of justice would best be served by a

continuance of the Sentencing Hearing to a date and time convenient to the Court for approximately thirty (30) days.

This is the second request for continuance filed herein.

## **ORDER**

IT IS HEREBY ORDERED that the Hearing currently scheduled for May 2, 2019, at 11:00 a.m., be continued to the  3rd   day of         July               , 2019 at 10:00 a.m. in Courtroom 7D before Chief Judge Gloria M. Navarro

DATED this    1    day of May, 2019.

_____
**U.S. DISTRICT JUDGE**