NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South, #1100
Las Vegas, Nevada 89101
Susan.Cushman@usdoj.gov
702-388-6331
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN WILLIAM PRINCE,<br><br>Defendant. | Case No 2:16-cr-00225-GMN-NJK<br><br>**Stipulation to Extend Time for Government's Response to Defendant's Compassionate Release Motion** |

IT IS HEREBY STIPULATED AND AGREED, by and between Assistant United States Attorney Susan Cushman, counsel for the United States of America; and Assistant Federal Public Erin Gettel, counsel for John William Prince, that the government's response to Mr. Prince's Emergency Motion for Order Reducing Sentence or Modifying Judgment under 18 U.S.C. § 3582 (c)(1)(A)(i) (ECF No. 175) be extended to and including July 17, 2020.

This stipulation is entered into for the following reasons:

1. Mr. Prince filed his motion on July 10, 2020. ECF No. 175.

2. Pursuant to the District Court's General Order Regarding such motions, the government's response is currently due on July 15, 2020.

3. Undersigned government counsel has been out of the district on annual leave since July 2, and just returned to the office on Monday, July 13. Undersigned government counsel will need additional time up to and including July 17, 2020, to review the motion, related medical records, and other records, and prepare and file the government's response.

4. Prince's counsel consents to this extension of time.

DATED this 13th day of July, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By: /s/ Erin Gettel<br>Erin Gettel<br>Asst. Federal Public Defender<br>*Counsel for John William Prince* | By: /s/ Susan Cushman<br>Susan Cushman<br>Assistant United States Attorney<br>*Counsel for the United States* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>JOHN WILLIAM PRINCE,<br><br>　　　　　　Defendant. | Case No.: 2:16-cr-00225-GMN-NJK<br><br>**ORDER** |

　　　　Based on the Stipulation of counsel and good cause appearing, **IT IS HEREBY ORDERED** that the government's response to Defendant's Emergency Motion for Order Reducing Sentence or Modifying Judgment under 18 U.S.C. § 3582 (c)(1)(A)(i) (ECF No. 175) be due on July 17, 2020.

　　　　DATED this  13  of July, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Gloria M. Navarro, District Judge
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT